| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
|---|---|
| In Re:<br><br>Griffith Development Co, | Case No.: 10-14242<br><br>Hearing Date:<br><br>Judge: Novalyn L. Winfield |

Order Filed on 04/13/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

## ORDER TRANSFERRING CASE TO DISTRICT OF DELAWARE

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: 04/13/2010**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Page 2
Debtor:	Griffith Development Co.
Case No.:	10-14242
Caption of Order:	Order Transferring Case to District of Delaware

_____

    This matter having come before the court on an Order to Show Cause Why this Case Should not be Transferred, and it appearing that no response has been filed and that the involuntary Chapter 7 debtor is identified as maintaining its principal assets at 34005 Westcoats Rd Unit 1 and 34011 Westcoats Rd Units 1 to 4 in Lewes DE and good cause appearing, it is

    ORDERED, that the instant involuntary Chapter 7 case is transferred to the United States Bankruptcy Court for the District of Delaware.

## CERTIFICATE OF MAILING

    I HEREBY CERTIFY that on April 13, 2010, I mailed a copy of the foregoing order to each of the following:

Griffith Development Co
34011 Wescoats Rd Unit 1
Lewes, DE 19958

                                  James J. Waldron, Clerk

*Approved by Judge Novalyn L. Winfield April 13, 2010*