10-14242

B 5 (Official Form 5) (12/08)

| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>**GRIFFITH DEVELOPMENT COMPANY** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>**SAVANNAH POINT**<br>**JAY GRIFFITH** |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>**TO BE PROVIDED BY DEBTORS** | **LYENA L. GRIFFITH**<br>**E* TRADE** |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>**34011 WESCOATS ROAD UNIT 1, LEWES DE 19958**<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**SUSSEX**<br>ZIP CODE **19958** | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>**SAME**<br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
**34005 WESTCOATS RD UNIT 1 TO 4 AND 34011 WESTCOATS RD UNIT 1 TO 4- LEWES DE 19958**

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7      ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts**
(Check one box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

**Type of Debtor**
(Form of Organization)

☐ Individual (Includes Joint Debtor)
☐ Corporation (Includes LLC and LLP)
☐ Partnership
☑ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**UNINCORPORATED ENTITIES**

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other
**REAL STATE DEVELOPER**

### VENUE

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

☑ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>N/A | Case Number<br>N/A | Date |
|---|---|---|
| Relationship<br>N/A | District<br>N/A | Judge<br>N/A |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

10 FEB 16 AM 11:31

Name of Debtor GRIFFITH DEVELOPM

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _____ | x N/A _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| ARMANDO MIRARCHI PONS NJ    02/12/2010 | |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | ARMANDO M PONS- 3 A RUSTIC C A MONTVALE NJ 07645 | Address<br><br>Telephone No. |

| x _____ | x N/A _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| BEST ALTERNATIVE IN PLAN NJ    02/12/2010 | |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | ARMANDO M PONS 3 A RUSTIC CIRCLE A MONTVALE NJ 07645 | Address<br><br>Telephone No. |

| x _____ | x N/A _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| BEGINNING BDC    NJ    02/12/2010 | |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | ARMANDO M PONS 3 A RUSTIC CIRCLE A MONTVALE NJ07645 | Address<br><br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| ARMANDO M. PONS 3A RUSTIC C MONTVALE NJ 07645 | OVERPAYMENT RENT | 20,900.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| BEST ALTERNATIVE I    48 S MAIN ST PR NY 10965 | OFFSET BUS REVENUE | 317,002.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| BEGINNING BDC    POBOX 224 PARK RIDGE NJ 07656 | UNJUST ENRICHMENT | 180,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 517,902.00 |

_____ continuation sheets attached